IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOK T. LAU,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, et al.,<br><br>    Defendants.<br>_____/ | CIV. NO. S-05-0499 WBS GGH PS<br><br><br><br><br><br><br><br>ORDER |

      Presently scheduled on this court's law and motion calendar for August 18, 2005, are defendant's motion to dismiss and motion to set aside entry of default. Although the Clerk has not entered default, the matter of default is disputed and will be heard. Because the motion to dismiss concerns the court's subject matter jurisdiction, it will also be heard.

      Accordingly, IT IS ORDERED that plaintiff shall file oppositions to defendants' motions in accordance with E. D. Local Rule78-230(c).

DATED: 7/29/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Lau0499.mtn.wpd

1