```
 1
 2
 3
 4
 5
 6
 7
 8                         IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10   LOK T. LAU,
11              Plaintiff,                    No. CIV S-05-0499 WBS KJM PS
12        vs.
13   UNITED SERVICES AUTOMOBILE
     ASSOCIATION,
14
                Defendant.                    ORDER
15                                      /
```

16        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 28, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1.  The findings and recommendations filed October 28, 2005, are adopted in full;

3 | and

4 | 2.  Defendant's motion to dismiss is granted.

5 | DATED:  December 16, 2005

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Lau0499.805